RECEIVED
IN ALEXANDRIA, LA.

MAR 2 9 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CHARLIE BANKS                           CIVIL ACTION NO. 1:10-CV-0095
    LA.DOC #391117
VS.                                     SECTION P

                                        JUDGE DRELL

ALFONZO PACHECO, ET AL.                 MAGISTRATE JUDGE KIRK


                        J U D G M E N T

    For the reasons contained in the Report and Recommendation

of the Magistrate Judge filed previously herein, noting the

absence of objections thereto, and concurring with the Magistrate

Judge's findings under the applicable law;

    IT IS ORDERED THAT plaintiff's complaint be DENIED and

DISMISSED WITH PREJUDICE as frivolous.

    THUS DONE AND SIGNED, in chambers, in Alexandria,

Louisiana, on this ____26th____ day of March, 2010.


                              DEE D. DRELL
                              UNITED STATES DISTRICT JUDGE